# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

129172

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARBARA J. LONG, Personal Representative
of the ESTATE OF ALDEN LONG, and DAVID
LONG, Personal Representative of the ESTATE
OF JAMES ALDEN LONG,
          Plaintiffs-Appellants,

v

                             SC: 129172
                             COA: 252751
                             Ct of Claims: 01-018015-CM

DEPARTMENT OF TRANSPORTATION,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 16, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

p1219